BENJAMIN T. HOAGLAND, Respondent, *v.* BENJAMIN I. H. TRASK, Appellant.

An assignee for the benefit of creditors can maintain an action, in his individual character, to recover a claim due the assignor; he is not required to sue as trustee.

(Submitted January 6, 1872; decided May term, 1872.)

ACTION to recover the sum of $2,500, alleged to have been loaned defendant by the firm of Hoagland & Van Pelt. Plaintiff claimed title under a general assignment for the benefit of creditors. Upon the trial, when the assignment was offered in evidence, defendant objected, upon the ground that plaintiff sued in his individual capacity, not as a trustee. Objection overruled, and, at the close of the evidence, defendant asked the court to charge the jury that plaintiff could not recover, because he held the claim as trustee. Various exceptions were also taken as to rejection of testimony. Exceptions ordered to be heard, at first instance, at General Term; there, motion for new trial was denied and judgment ordered on verdict.

*Beebee, Dean & Donohue* for the appellant.

*James L. Stearns* for respondent.

Lott, Ch. C., reads for affirmance.
All concur.
Judgment affirmed.